UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

In re:

Charlyne Sabrina Mackey,                         Case No. 15-28068-AJC
XXX-XX-1253
    Debtor                                     Chapter 13
_____/

## MOTION TO WAIVE INCOME DEDUCTION ORDER

**COMES NOW**, Charlyne Sabrina Mackey , the Debtor, by and through her undersigned attorney, files this Motion to Waive Income Deduction Order, and for grounds thereof states,

1. On October 12, 2015 the Debtor filed for bankruptcy relief pursuant to 11 U.S.C. 1301, et seq.

2. The Debtor seeks waiver of this requirement due to the fact that her employment requires her to handle money in the public sector.

3. Accordingly, the trustworthy and credibility of the debtor is essential to her job.

4. The Debtor understands and agrees that if she falls behind in the payments, she will agree to an Income Deduction Order being entered.

WHEREFORE, the Debtor requests that the Income Deduction Order be waived, and that the court grants any other further relief consistent to the set of facts.

## CERTIFICATE OF ADMISSION

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf and U.S. Mail this 18th day of November 2015: to all parties on the service list.

Respectfully Submitted:

**SIXTO AND ASSOCIATES, P.A.**
Attorney for Debtor
900 West 49 Street #410
Hialeah, FL 33013
Tel. 305-558-0460

By:*/s/RAlejandro Sixto*_____
    Alejandro Sixto, Esq., FBN#0653756