**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:   **Charlyne Sabrina Mackey**                              CASE NO.   **15-28068-AJC**

                                                                 CHAPTER    **13**

### Certificate of Service

---

I HEREBY CERTIFY, that a true and correct copy of the Motion to Waive Wage Deduction and Notice of Hearing was sent via regular mail on this 18 day of November 2015 to all parties on the service list.

Afni
1054348387
Attention: Bankruptcy
1310 Martin Luther King Dr
Bloomington, IL 61701


Enhanced Recovery Corp
112351867
Attention: Client Services
8014 Bayberry Rd
Jacksonville, FL 32256


Nationwide Acceptance
7752008
105 Decker Ct. Suite 725
Irving, TX 75062



Van Ness Law Firm, PLC
1239 E Newport Center Drive, Ste 110
Deerfield Beach, Fl 33442